No. 2,119.—In the Matter of the Estate of JOHN A. DAVIS, Deceased. GEO. W. DAVIS, Appellant.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

Decided January 9, 1906.

Per Curiam.—This cause having been set for hearing this day, and it appearing to the court that briefs have not been filed and counsel not appearing, it is ordered that the judgment or orders of the court below made and entered on the 19th day of July, A. D. 1904, in the above-entitled matter, be and the same are hereby affirmed at the cost of the appellant.

*Mr. Jesse B. Roote,* for Appellant.

*Mr. E. N. Harwood,* for Respondent.